# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-2951 ODW(PLAx) | Date | June 23, 2010 |
|---|---|---|---|
| Title | Seal 1 et al v. Seal A et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Raymond Neal | Not reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Correcting Case Status**

☐   Case previously closed in error.  Make JS-5.

√   **Case should have been closed on entry [40] dated June 21, 2010. Make JS-6**

☐   Case settled but may be reopened if settlement is not consummated within ____ days. Make JS-6.

☐   Other.

☐   Entered.

                                                                                         : 00

Initials of Preparer   RGN